IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

v.  CASE NO. 1:95-cr-01004-MP-AK

GARY COLON-MORALES,

   Defendant.
_____/

**O R D E R**

This matter is before the Court on Doc. 100, Motion for 25 Days Time Credit, filed by Gary Colon-Morales.  In the motion, Defendant requests credit for 25 days allegedly spent in county jail during the pendency of his violation of supervised release proceedings.  The United States Marshal's office reviewed Defendant's records and determined that he had spent only 23 days in custody awaiting action on his violation of supervised release and that F.C.I. Coleman had already properly given him credit for these 23 days.  Accordingly, the motion for 25 days credit (doc. 100) is denied.

**DONE AND ORDERED** this  *29th*  day of July, 2005

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge